```
 1  E. MARTIN ESTRADA
    United States Attorney
 2  MACK E. JENKINS
    Assistant United States Attorney
 3  Chief, Criminal Division
    JULIE J. SHEMITZ (Cal. Bar No. 224093)
 4  Assistant United States Attorney
    International Narcotics, Money Laundering, and Racketeering Section
 5       1400 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-5735
 7       Facsimile: (213) 894-0142
         Cell:      (213) 500-9369
 8       E-mail:    julie.shemitz@usdoj.gov

 9  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
10
                        UNITED STATES DISTRICT COURT
11
                   FOR THE CENTRAL DISTRICT OF CALIFORNIA
12
```

| UNITED STATES OF AMERICA, | No. CR 17-64-CAS-2,4 |
|---|---|
| Plaintiff, | ORDER ON STIPULATION CONTINUING TRIAL DATE FOR DEFENDANTS RAYMUNDO MARTINEZ-LUGO AND HENRY QUIJADA, AND FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| ESMERALDA GOMEZ, ET AL., | |
| Defendants. | [143] |
| | **Current Trial Date: February 6, 2024** |
| | **[proposed] Trial Date: May 21, 2024** |

The Court has read and considered the Stipulation of the Parties to continue the date for trial of this matter and request for findings of excludable time under the Speedy Trial Act, filed by the parties in this matter. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in

this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendants continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date for trial of this matter is continued to May 16, 2023 at 9:00 a.m. and the date for a status hearing in this matter is continued to, **May 21, 2024 at 10:00 a.m.**

2. The time between the date of the filing of the Stipulation, and May 21, 2024, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3. Nothing in this stipulation shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods be excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy

Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

JANUARY 11, 2024
DATE

*Christina A. Snyder*
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

Presented by:

/s/
JULIE J. SHEMITZ
Assistant United States Attorney

3