UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**                    **'O'**

| Case No. | 2:17-cr-00064-CAS-2&4 | | Date | August 19, 2025 |
|---|---|---|---|---|
| Present: The Honorable | CHRISTINA A. SNYDER | | | |
| Interpreter | N/A | | | |

| Catherine Jeang | Not Present | JohnPaul LeCedre, Not Present<br>Blake Hannah, Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendants: | Present | Cust. | Bond | Attys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 2) RAYMUNDO | NOT | | X | 2) ANNIE CARNEY | NOT | X | |
| LUGO MARTINEZ | | | | ERIN MURPHY | NOT | X | |
| 4) HENRY QUIJADA | NOT | | X | 4) JOHN AQUILINA | NOT | X | |

**Proceedings:**    (IN CHAMBERS) – DEFENDANT RAYMUNDO LUGO-MARTINEZ'S MOTION *IN LIMINE* TO EXCLUDE LATE SUPPLEMENTAL EXPERT DISCLOSURE (Dkt. 350) AND MOTION *IN LIMINE* TO EXCLUDE GOVERNMENT EXHIBITS NOT YET DISCLOSED (Dkt. 354)

On February 3, 2017, the government filed a three-count indictment against defendants Esmeralda Gomez ("Gomez"), Raymundo Lugo-Martinez ("Lugo-Martinez"), Javier Hernandez ("Hernandez"), and Henry Quijada ("Quijada") (collectively, "defendants"). Dkt. 1. The indictment charges defendants with (1) conspiracy to possess with intent to distribute methamphetamine, in violation of 21 U.S.C. § 846; (2) possession with intent to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii); and (3) sought criminal forfeiture, pursuant to 18 U.S.C. § 982(a)(1)(A). Id.

On December 8, 2021, Hernandez entered a plea of guilty to the first two counts of the indictment. Dkt. 99. Gomez has not made an appearance in this case.

The facts at issue in this case are set forth in the Court's order on Lugo-Martinez's motion to dismiss or for alternative remedies. [Motions under seal, dkts. 264, 290]. On August 12, 2025, the Court held a hearing and issued two orders regarding the motions *in limine* filed in this case. Dkts. 335-336. The Court now addresses two additional motions *in limine* filed by Lugo-Martinez since the August 12, 2025 hearing.

On August 15, 2025, Lugo-Martinez filed a motion *in limine* to exclude expert testimony of Drug Enforcement Administration Special Agent Melanie Dumont ("SA Dumont") that was

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**              **'O'**

disclosed in the government's latest supplemental disclosure. Dkt. 350. On August 18, 2025, the government filed its opposition. Dkt. 356.

On August 17, 2025, Lugo-Martinez filed a motion *in limine* to exclude government exhibits not yet disclosed. Dkt. 354. On August 18, Lugo-Martinez withdrew this motion. Dkt. 359.

On August 19, 2025, the Court heard arguments from parties on these motions. Having carefully considered the parties' arguments and submissions, and for the reasons stated on the record, the Court finds and concludes as follows.

First, the Court **GRANTS IN PART** and **DENIES IN PART** Lugo-Martinez's motion to exclude the late supplemental expert disclosure. The Court **DENIES** the motion insofar as SA Dumont is offered to testify to matters disclosed prior to the last supplemental disclosure, such as the distinctions between amounts of methamphetamine possessed for personal use versus distribution. The Court will also permit SA Dumont to testify that terms including "ice" and "shards" may be used to refer to methamphetamine. In all other respects, the Court **GRANTS** the motion. The Court will not permit SA Dumont to testify regarding new opinions disclosed in the government's latest supplemental disclosure, including opinions about "dry runs" and SA Dumont's background involving matters related to the Sinaloa Cartel. Dkt. 350. The Court finds that exclusion is warranted because of the government's late disclosure, pursuant to Local Rule 16, and because the probative value of this evidence is outweighed by unfair prejudice, pursuant to Rule 403 of the Federal Rules of Evidence.

Second, the Court **GRANTS** Lugo-Martinez's request to withdraw his motion *in limine* to exclude government exhibits. Dkt. 359.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |